177 So. 927

**Davis TURNER v. STATE.**

**6 Div. 220.**

Court of Appeals of Alabama.

Dec. 7, 1937.

SAMFORD, Judge.

Affirmed.

186 So. 926

**John TURNER and Timmons Turner v. STATE.**

**8 Div. 718.**

Court of Appeals of Alabama.

Jan. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

177 So. 927

**Oscar TURNER v. STATE.**

**6 Div. 215.**

Court of Appeals of Alabama.

Dec. 14, 1937.

RICE, Judge.

Affirmed.

178 So. 927

**UNITED STATES FIRE INS. CO. v. T. M. KING.**

**7 Div. 335.**

Court of Appeals of Alabama.

Jan. 18, 1938.

RICE, Judge.

Appeal dismissed.

182 So. 925

**Drewey VANDIVER v. STATE.**

**8 Div. 715.**

Court of Appeals of Alabama.

June 14, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

179 So. 927

**Woodrow VANDIVER v. STATE.**

**8 Div. 587.**

Court of Appeals of Alabama.

Feb. 1, 1938.

Rehearing Denied Feb. 22, 1938.

F. E. Throckmorton, of Tuscumbia, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.